Defendant appeared before this Court with counsel for sentencing on 5/26/15.  No written or oral objections having been made to the Report and Recommendation, the Court adopts same and accepts the guilty plea of defendant to Counts 1, 2, 3, 4 and 5 of the Indictment.
s/   James S. Gwin  5/26/15
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **CASE NO.    1:14-cr-00437** |
| Plaintiff, | : | **JUDGE JAMES S. GWIN** |
| v. | : | **MAGISTRATE JUDGE** |
| **DEMARCO L. MILLSAP**, | : | **NANCY A. VECCHIARELLI** |
| Defendant. | : | **REPORT & RECOMMENDATION** |

Pursuant to General Order 99-49, this matter has been referred to United States Magistrate Judge Nancy A. Vecchiarelli for purposes of receiving, on consent of the parties,  the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered.  The following, along with the transcript or other record of the proceedings submitted herewith, constitutes the Magistrate Judge's Report and Recommendation concerning the plea of guilty proffered by the defendant.

1. On February 19, 2015, the defendant, accompanied by counsel, proffered a plea of guilty to counts 1through 5 of the indictment.  The defendant reserves the right to challenge the forfeiture.