# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:14CR00437-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DEMARCO L. MILLSAP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on October 6, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Sydney Strickland Saffold.

The violation report was referred to Magistrate Judge Jonathan D. Greenberg who issued a Report and Recommendation on September 21, 2016 [Doc. 46]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

        1) new law violation incurred April 6, 2016;

        2) use of a controlled substance;

        3) failure to pay special assessment fee.

The Court found the violations to be Grade C and that defendant was a Criminal History Category III. The Court noted the serious nature of the new law violation and the fact defendant engaged in conduct similar to the underlying conviction so shortly after being released from

incarceration.

The Court, upon consideration of statements from counsel and the 3553(a) factors, committed defendant to the custody of the Bureau of Prisons for a term of 6 months with credit for any time served in federal custody.  Upon release from incarceration defendant's supervised release continued for two years under the conditions previously imposed.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

IT IS SO ORDERED.


Dated: October 7, 2016                    *s/    James S. Gwin*                    
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE